UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANNA VILLARREAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-00047 |
| | § | |
| REYES ROSAS PEDROZA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Agreed Rule 41(a)(1)(A)(ii) Dismissal by Stipulation with Prejudice" (Dkt. No. 15). Accordingly, the parties' claims are **DISMISSED WITH PREJUDICE**. The parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on May 31, 2022.

_____
Rolando Olvera
United States District Judge